**Motion Granted and Order filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00126-CV

_____

## IN RE JULIE HANNAH, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48071**

---

## ORDER

On February 11, 2014, relator Julie Hannah filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator asks this Court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to set aside his orders dated January 14, 2014 entered in trial court cause number 2013-48071, styled *Julie Hannah v. David Lee Hatcher, et al*. Relator claims respondent abused his

discretion by ordering the underlying proceeding transferred to the County Court at Law of Aransas County.

Relator also has filed a motion for a temporary stay of the underlying proceedings. *See* Tex. R. App. P. 52.8(b), 52.10. On February 11, 2014, relator asked this Court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. Relator represents that her motion for a temporary stay is unopposed by the real parties in interest.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration, and that judicial economy will best be served by a grant of temporary relief. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2013-48071, *Julie Hannah v. David Lee Hatcher, Robert Alan Hatcher, and Marjorie Cordes,* **STAYED** until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court. This Court's order precludes any enforcement of the trial court's January 14, 2014 orders transferring the underlying proceeding to the County Court at Law of Aransas County, until such time as this Court's order is lifted or modified.

In addition, the Court requests Marjorie Cordes and David Lee Hatcher, the real parties in interest, to file a response to the petition for writ of mandamus on or before **March 7, 2014.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.